**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6698**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DERRICK LAMONT MASSENBURG,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:03-cr-00231-BO-2)

Submitted:  December 10, 2024                    Decided:  January 13, 2025

Before NIEMEYER, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Lamont Massenburg, Appellant Pro Se.  Benjamin John Higgins, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamont Massenburg appeals the district court's order denying relief on his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Massenburg*, No. 5:03-cr-00231-BO-2 (E.D.N.C. July 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*